```
                      United States Bankruptcy Court
                      Eastern District of Wisconsin
```

In re:                                                          Case No. 12-29756-gmh
Thomas Patrick Bachmann                                         Chapter 13
Sylvia Marie Bachmann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2          User: abl              Page 1 of 1          Date Rcvd: Dec 16, 2015
                              Form ID: pdfhrg        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2015.
db/jdb        +Thomas Patrick Bachmann,    Sylvia Marie Bachmann,    807 Marshall Ave.,
               South Milwaukee, WI 53172-2642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2015 at the address(es) listed below:
              Anton B. Nickolai    on behalf of Joint Debtor Sylvia Marie Bachmann anton@nickolailaw.com,
               abnecf@gmail.com
              Anton B. Nickolai    on behalf of Debtor Thomas Patrick Bachmann anton@nickolailaw.com,
               abnecf@gmail.com
              Christopher C. Drout    on behalf of Creditor    GMAC Mortgage, LLC, successor by merger to GMAC
               Mortgage Corporation cdrout@gray-law.com,    bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner    on behalf of Creditor    Ocwen Loan Servicing, LLC
               bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner    on behalf of Creditor    Ditech Financial LLC
               bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner    on behalf of Creditor    Green Tree Servicing, LLC
               bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner    on behalf of Creditor    GMAC Mortgage, LLC, successor by merger to GMAC Mortgage
               Corporation bknotices@gray-law.com;bknotice@gmail.com
              Nathan E. DeLadurantey    on behalf of Debtor Thomas Patrick Bachmann ecfch7@gmail.com
              Nathan E. DeLadurantey    on behalf of Joint Debtor Sylvia Marie Bachmann ecfch7@gmail.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
              Rebecca R. Garcia    filings@ch13oshkosh.com
                                                                                              TOTAL: 12

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 15, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. |
|---|---|
| Charles R Dillon and Sydney L. Dillon | 10-26265-gmh |
| Lori L. Alvarez and Manuel A. Alvarez | 10-33202-gmh |
| Cory D Kleckley | 10-33794-gmh |
| Sharon Bennett | 10-34295-gmh |
| Benedict J LaChance | 11-28122-gmh |
| Matthew E Winchell | 11-29437-gmh |
| Robert T. Koerner | 11-30786-gmh |
| Daniel E Hulbert and Barbara A Hulbert | 11-30856-gmh |
| Aleta L Heath | 11-31076-gmh |
| Scott L Behnke | 11-31896-gmh |
| Brett A Solberg | 11-34032-gmh |
| Veronica Serna and Antonio Serna | 12-20007-gmh |
| Robert L Hansen and Susan C Hansen | 12-20659-gmh |
| Gregory Moore | 12-21029-gmh |
| Peter W. Olsen and Jane F Olsen | 12-21695-gmh |
| Mark W. Janeczko, Sr. and Jane Janeczko | 12-23178-gmh |
| Thomas Patrick Bachmann and Sylvia Marie Bachmann | 12-29756-gmh |
| Godfrey F. Campbell | 12-30063-gmh |
| Helene C Rondorf | 12-31867-gmh |

Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

| Name | Case Number |
|------|-------------|
| Cornell A Owens and Dericka P Owens | 12-33231-gmh |
| Lenore A. Thompson and Jonathon J. Thompson, Jr. | 12-36868-gmh |
| Al T. Lewis | 12-37264-gmh |
| Wytavias D Scott | 12-37297-gmh |
| Latisha A Roper | 12-37585-gmh |
| Laverne J. Davis | 13-20071-gmh |
| Toinette Johnson | 13-21892-gmh |
| Sharon Long and Brett J Long | 13-22088-gmh |
| Deborah L Head and Charles A Head | 13-23982-gmh |
| Frans DeBoer | 13-25847-gmh |
| Jodi S Wolfe | 13-26412-gmh |
| Judi Palmore | 13-26784-gmh |
| Doug J Barba and Denise R. Barba | 13-27072-gmh |
| Julious Luckett and Pamela D Luckett | 13-27159-gmh |
| Bianca L Townsend | 13-27251-gmh |
| Christine LeFlore | 13-27576-gmh |
| Lennett M Gensel | 13-27637-gmh |
| Daryl O Bonner and Vanessa Bonner | 13-28346-gmh |
| Jeraldine J Bark and Donn J Bark | 13-28456-gmh |
| Gary W Hart and Jodie L Ellis-Hart | 13-28503-gmh |
| David Q. Reed | 13-28903-gmh |
| Karen R Halliburton | 13-29378-gmh |
| Evelyn M. Haralson | 13-29395-gmh |
| Adam C Venable and Rosita Venable | 13-31483-gmh |
| Christine M Welak | 13-32098-gmh |
| Lennie A Byrd | 13-33276-gmh |
| Rosie M. Hill | 13-33638-gmh |
| Vincent D Weil and Patricia M. Weil | 13-33761-gmh |
| Linda F Salbeck | 13-33762-gmh |
| Thomas J Zovar and Judit M Zovar | 13-33767-gmh |
| Shirley B. Loggins | 13-33876-gmh |
| Ellen J Riley | 13-33937-gmh |
| Taleka M Saffold-Gordon | 13-34193-gmh |
| Oumar A Abakar | 13-34386-gmh |
| Trina Y Brown | 13-34763-gmh |
| Carolyn Mallett | 13-35028-gmh |
| Lisa M Olszewski | 13-35035-gmh |
| Edith M. Briggs | 13-35247-gmh |
| Flamond L France | 13-35402-gmh |
| Stephanie Burgess | 13-36273-gmh |
| Chanda Wells | 13-36396-gmh |
| Eric P Neal and Rosa M Neal | 13-36397-gmh |
| Thomas J. Curley and Kim M Curley | 14-20351-gmh |
| Lisa M Rogers | 14-20892-gmh |
| Bryan J Vattendahl and Jennifer K Vattendahl | 14-20959-gmh |
| Earnestine D McIntosh | 14-21624-gmh |

| | |
|---|---|
| Susie L Moore | 14-22291-gmh |
| Angela M Goldbeck | 14-22578-gmh |
| Thomas I Hernandez | 14-23239-gmh |
| Robin T. Pitts | 14-24863-gmh |
| Brenda L Harper | 14-25724-gmh |
| Jerome W Gold | 14-26047-gmh |
| Rebecca B Lowe | 14-27432-gmh |
| Mary L. Patterson | 14-27457-gmh |
| Gregory A Kitner | 14-28354-gmh |
| Eduardo T Garcia | 14-28446-gmh |
| Kristy D Wipperman | 14-30058-gmh |
| Christopher S Gagne and Wendey A Gagne | 14-30381-gmh |
| Barbara A. Tate | 14-31165-gmh |
| Dante L Leardi | 14-31171-gmh |
| Marie Ellis | 14-32108-gmh |
| Emmanuel Bivens | 14-32200-gmh |
| Regina R. Hunter | 14-32481-gmh |
| DeShunka K Peppers | 14-33023-gmh |
| Otha L Bowman and Brianna P Bowman | 14-33885-gmh |
| Donald E Iglinski | 14-34022-gmh |
| Christian J. Holloway | 14-34841-gmh |
| Ignacio Mendiola | 15-21325-gmh |
| Alexander W Thien, III and Jennifer N Thien | 15-21603-gmh |
| Christopher M Komppa | 15-22634-gmh |
| Waymon G. Izard and Beverly C Izard | 15-22790-gmh |
| Calvin E. Watson | 15-22793-gmh |
| Yuwanda E Faison | 15-23152-gmh |
| David J Wadd and Cindy J Wadd | 15-24117-gmh |
| Terry A Laffin and Katherine P Laffin | 15-26221-gmh |
| Regina L Yateman | 15-29809-gmh |

## ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR DEBTORS

Having reviewed the stipulation for substitution of attorney for debtors and motion for approval of stipulation,

**IT IS ORDERED:**

1. The motion is granted.
2. The stipulation is approved.
3. Anton B. Nickolai is substituted in place of Nathan E. DeLadurantey as counsel of record for the debtors.

3

4. Any and all future payments of debtors' attorney fees made by the trustee shall be paid to Anton B. Nickolai of Nickolai & Poletti, LLC.

#####